GUSTAVE R. WERNER v. GEORGE ZEHLER PROVISION CO.

ATTORNEY HAS NO LIEN ON MONEY AGREED UPON IN SETTLEMENT OF CLAIM.

A right of action for services rendered does not exist in favor of an attorney and against one from whom he had sought to recover damages for personal injuries for a client when a compromise settlement had been agreed upon direct and money paid to client.

ERROR to Hamilton common pleas court.

The plaintiff was employed by Frank Husz to prosecute a claim against the George Zehler Provision Co. for personal injuries, and alleged that knowing of his employment and of the lien he had for services on whatever amount might be recovered, the defendant company through their counsel, settled with Husz for $500 and paid the entire amount direct to him. The plaintiff claimed that under his contract with Husz he was to receive one-half, and sued for $250. Judgment was given below for the defendant.

G. R. Werner, for plaintiff.

Robertson & Buchwalter, for defendant.

GIFFEN, J.

The judgment will be affirmed upon the authority of *Weakly* v. *Hall*, 13 Ohio 167 (42 Am. Dec. 194), and *Pennsylvania Co* v. *Thatcher*, 78 Ohio St. 175 [85 N. E. Rep. 55].

**Smith** and **Swing, JJ.**, concur.